**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA      v.    NATHANIEL JAMES LANDRY

THE HONORABLE H. RUSSEL HOLLAND      CASE NO. 3:00-cr-00096-HRH

Deputy Clerk                         Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

On March 4, 2005, parties were advised of the Court's possession of the above-referenced defendant's passport and were instructed to file a motion to return said item with a proposed Order for the Court's consideration.
No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after entry of this order.

DATE: May 18, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]