IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
v.                          )
                            )
NATHANIEL JAMES LANDRY,     )
                            )
            Defendant.      )
_____ )  Case No. 3:00-cr-00096 HRH

**UNOPPOSED MOTION ON SHORTENED TIME**
**FOR RETURN OF PASSPORT**

Comes Now, Nathaniel James Landry, by and through his attorney, Rex Lamont Butler & Associates, P.C., and, pursuant to LcrR 47.1, LR 7.1, and LR 7.2( c), respectfully moves on shortened time for an order requiring the return of his passport to him. This motion is based on the following considerations:

Pursuant to this Court's order, Landry surrendered his passport to this Court as a condition of his release pending trial. All proceedings in this case have now concluded.

On March 4, 2005, the parties were advised by this Court that it continued to possess Landry's passport. This Court instructed Landry to file a motion for the return of the passport along with an appropriate order. However, due to inadvertence, Landry failed to file a responsive motion.

On May 18, 2006, This Court entered an order stating: "No action having been taken the Finance Office is hereby directed to destroy the passport ten (10) days after the entry of this order."

Landry desires the return of his passport and requests this Court to order the Finance Office to mail it to him in care of the undersigned attorney.

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Landry; Motion On Shortened Time**
**For Return Of Passport.**

Page 1

The return of the passport is appropriate. This Court originally required Landry to surrender his passport in order the ensure his presence at trial. Since all proceedings in Landry's case have been concluded, there is no longer any reason that Landry should not possess his passport.

Landry respectfully requests this Court to rule on shortened time. The aforementioned order requires the destruction of Landry's passport on May 28, 2006. In normal pleadings practice is followed, the passport will be destroyed before this Court has an opportunity to rule on Landry's motion. Lest this matter be rendered moot, Landry requests a decision no later than May 25, 2006.

On May 23, 2006, the undersigned counsel's paralegal contacted Audrey Renschen's assistant and Ms. Renschen's assistant stated Ms. Renschen does not oppose the return of Landry's passport to him.

Accordingly, Landry respectfully moves, on shortened time, for an order requiring the return of his passport to him. This motion is supported by counsel's Declaration.

Respectfully dated this 24th day of May, 2006 in Anchorage, Alaska.

/s/ Rex Lamont Butler
745 W. 4th Avenue Suite 300
Anchorage, Alaska 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

Rex Lamont Butler and Associates, Inc.
745 W. 4th Ave., Suite 300
Anchorage, Alaska 99501

907-272-1497
907-276-3306 (f)

## **DECLARATION**

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of May, 2006, in Anchorage, Alaska.

/s/ Rex Lamont Butler
745 W. 4th Avenue Suite 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
lawoffices@gci.net
ABN: 8310105

**United States v. Landry; Motion On Shortened Time For Return Of Passport.**

Certificate of Service:

I hereby certify a true and accurate copy of the foregoing instrument was served via electronic filing to Audrey Renschen, Assistant U.S. Attorney
222. W. 7th Avenue, #9, Room 253
Anchorage, Alaska, 99513-7567 on this 24th day of May, 2006.

/s/ Rex Lamont Butler

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Landry; Motion On Shortened Time For Return Of Passport.**