IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| NATHANIEL JAMES LANDRY, | ) |
| | ) |
| Defendant. | ) |
| _____ ) | Case No. 3:00-cr-00096 HRH |

**ORDER GRANTING**
**MOTION ON SHORTENED TIME**

For Good Cause Shown, it is hereby ordered that Landry's Unopposed Motion On Shortened

Time For Return Of Passport is Granted / Denied. The Motion Shall / Shall Not be heard on

Shortened Time.

DATED this ____day of _____, 2006 in Anchorage, Alaska.

_____
U.S. District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Landry; Order Granting**
**Motion On Shortened Time**
**For Return Of Passport.**

Page 1