IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiff,　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>NATHANIEL JAMES LANDRY,　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Defendant.　　)<br>_____ ) | Case No. 3:00-cr-00096 HRH |

**ORDER GRANTING
MOTION ON SHORTENED TIME
FOR RETURN OF PASSPORT**

For Good Cause Shown, it is hereby ordered that Landry's passport is to be returned to him by mailing the same to his attorney, Rex Lamont Butler, at 745 W. 4th Avenue, Anchorage, Alaska 99501, without the original receipt.

DATED this ____day of _____, 2006 in Anchorage, Alaska.

_____
　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Rex Lamont Butler
and Associates, Inc.
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**United States v. Landry; Order Granting
Motion On Shortened Time
For Return Of Passport.**
　　　　　　　　　　　　　　　　　Page 1