IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,           )
                                    )
                  Plaintiff,        )
                                    )
     vs.                            )
                                    )
NATHANIEL JAMES LANDRY,             )
                                    )         No. 3:00cr0096-HRH
                  Defendant.        )
_____)
```

O R D E R

Motion on Shortened Time;
Motion for Return of Passport

Defendant moves for the return of his passport[1] and asks for consideration on shortened time. The motion reflects that the Government does not oppose return of the passport. For good cause shown,

IT IS HEREBY ORDERED that the clerk shall return defendant Landry's passport by mailing the same to his attorney, Rex Lamont Butler, at 745 West 4th Avenue, Anchorage, Alaska 99501, without the original receipt.

DATED at Anchorage, Alaska, this 1st day of June, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 47.